## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KATRINA HOLTORF,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV259 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **FRATERNAL ORDER OF THE EAGLES** | ) | |
| **LOCAL CHAPTER 200,** | ) | |
| | ) | |
| Defendant. | ) | |

The records of the court show that on August 25, 2011, counsel for the defendant was notified of his client's failure to comply with Fed. R. Civ. P. 7.1, which requires non-governmental corporate parties to file Corporate Disclosure Statements. **See** Text Entry Filing No. 8. The defendant was given fifteen days to file the required statement. As of the close of business on November 18, 2011, the defendant has not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED** that, on or before **December 9, 2011**, the defendant shall comply with Fed. R. Civ. P. 7.1 or show cause by written affidavit why the defendant cannot comply with the rules of the court.

DATED this 21st day of November, 2011.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge