IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KATRINA HOLTORF,<br><br>    Plaintiff,<br><br>vs.<br><br>FRATERNAL ORDER OF EAGLES, LOCAL CHAPTER 200, and GRAND AERIE OF THE FRATERNAL ORDER OF EAGLES,<br><br>    Defendants. | CASE NO. 8:11CV259<br><br>ORDER |

This matter is before the Court on the parties' Stipulation of Dismissal Without Prejudice (Filing No. 75), in which the parties have stipulated to the dismissal of the Plaintiff's second cause of action (NFEPA Gender Discrimination) contained in the Amended Complaint (Am. Compl., Filing No. 53 ¶¶ 52, 51-56) without prejudice to the filing of new actions.  The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation of Dismissal Without Prejudice (Filing No. 75) is approved; and

2. The second cause of action (NFEPA Gender Discrimination) contained in the Plaintiff's Amended Complaint (Am. Compl., Filing No. 53 ¶¶ 52, 51-56) is dismissed without prejudice to the filing of new actions.

Dated this 23rd day of May, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge